

U.S. Department of Justice

United States Attorney

*Eastern District of Pennsylvania*

---

*David J. Ignall*
*Direct Dial: (215) 861-8687*
*Facsimile: (215) 861- 8618*
*Email: david.j.ignall@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 30, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *United States v. Joseph Smith*
             *Cr. No. 20-354*

Dear Clerk of the Court:

    Please unimpound the Indictment with regard to the above-captioned case. The Indictment was filed on October 7, 2020.

                            Very truly yours,

                            WILLIAM M. McSWAIN
                            United States Attorney


                            s/ David J. Ignall
                            David J. Ignall
                            Assistant United States Attorney